THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PASQUALE, Appellant.— Judgment of conviction of the County Court of Nassau county, and order, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

RALPH W. SCOTT, Respondent, v. ROBERT D. STRACHAN, Appellant.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event. We are of opinion that the verdict was excessive. Plaintiff recovered a verdict of $1,030 damages, which he claims he sustained by reason of injury to a part of a consignment of antique furniture in transportation from the French Line in New York to his home in Westchester county. The proof is that plaintiff's own declaration of value upon the arrival of the entire consignment of goods in New York was $150. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

ABRAHAM S. SHIMM and REUBEN FRIEDMAN, Copartners, Doing Business under the Firm Name and Style of SHIMM-FRIEDMAN Co., Appellants, v. CHARLES L. CARPENTER and DAVID Y. SWAINSON, Copartners, Doing Business under the Firm Name and Style of LEONARD J. CARPENTER, Respondents.— Order setting aside verdict and granting a new trial, and order of September 28, 1928, unanimously affirmed, with costs. The grounds upon which the order was based, as stated in the opinions of the learned trial justice, amply upheld the order. We are also of opinion that the finding that the plaintiffs were unaware of the fact that the defendants were acting as agents and not as principals, is against the weight of the credible evidence. We are of the further opinion that the motion to set aside the verdict was made " at the same term " in which the case was tried and the verdict rendered, and that the oral denial of the motion did not preclude the court from thereupon entertaining the motion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.